AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

CHAD AARON VAN DIEST,

        Petitioner,

        v.

JEFF UTTECHT,

        Respondent.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: 11-CV-0464-TOR

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: Petitioner's Writ of Habeas Corpus is DENIED and judgment is entered for Respondent.

May 6, 2013
*Date*

SEAN F. McAVOY
*Clerk*
s/ Linda L. Hansen
*(By) Deputy Clerk*
Linda L. Hansen